

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,368-02

### EX PARTE HOLLY CHRISTINE VANSUMEREN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1086412-B IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to online solicitation of a minor under Section 33.021(b) of the Texas Penal Code, and originally received deferred adjudication community supervision. Her guilt was later adjudicated, and Applicant was sentenced to nine months' state jail imprisonment. She did not appeal her conviction.

In her initial habeas application, Applicant alleged that her conviction was unconstitutional because of this Court's determination, in *Ex parte Lo*, 424 S.W. 3d 10 (Tex. Crim. App. 2013), that the statute pursuant to which Applicant was convicted is unconstitutionally broad. In this

application, Applicant alleges that she is actually innocent of this offense. The trial court recommended that relief be granted under both theories.

This Court recently held that challenges to convictions obtained under the statute at issue in *Ex parte Lo* and this case do not present true actual innocence claims. *Ex parte Fournier*, No. WR-82,102-01, ___ S.W.3d ___ (Tex. Crim. App. Oct. 28, 2015). Although this Court today grants relief to Applicant on the basis of an unconstitutional statute as alleged in Applicant's initial habeas application, she is not entitled to relief on an actual innocence theory.

Filed: February 10, 2016
Do not publish